IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL PRECIADO, JR., ) | |
| ) | |
| Petitioner, ) | No. C 05-2508 CRB (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| D. L. RUNNELS, Warden, ) | (Doc # 13) |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner has filed a motion for an extension of time to file a traverse and a proposed traverse. Good cause shown, petitioner's motion (doc #13) is granted and the proposed traverse is ordered filed.

SO ORDERED.

DATED: March 7, 2006

CHARLES R. BREYER
United States District Judge